MINUTE SHEET

**UNITED STATES OF AMERICA**       Date:   February 2, 2026

vs.                                Case No.: 25-03180-01-CR-S-SRB

**DENNIS ARTHUR CLEVELAND**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**   Bond Revocation Hearing

**Time Commenced:** 9:19 a.m.                         **Time Terminated:** 9:26 a.m.

---

APPEARANCES

| | |
|---|---|
| **Plaintiff:** | **Patrick Carney, AUSA** |
| **Defendant:** | **Marshall Miller, CJA** |
| **USPPTS:** | **Jeremy Truitt** |

---

**Proceedings:** Parties appear as indicated above. Defendant appears in person as the result of a Pretrial Services Violation Report dated 1/21/2026.

The Court takes note of its own file, including the Pretrial Services Violation Report prepared by the USPPTS Officer. The government orally moves for detention. Defendant orally moved for Defendant to be released on bond.

The Court finds an adequate basis for detention and orders that Defendant's *Appearance Bond* and *Order Setting Conditions of Release* be revoked. Defendant remanded to the USMS.

**Defendant in custody.**

---

**Courtroom Deputy/ERO:** Karla Berziel